## KING v. STATE.
### No. 17010.

Court of Criminal Appeals of Texas.
Nov. 14, 1934.

Gilbert C. Smith, of Anson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment assessed at five years in the penitentiary.

The indictment charges the offense. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

Geo. D. Hagans, of Denison, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for driving an automobile upon a public highway while intoxicated; penalty assessed at a fine of $500.

The indictment appears regular and properly presented. The evidence which was before the trial court is not brought up for review. In the absence of the evidence heard upon the trial, we must assume that the charge of the court was in proper order.

In addition to assessing the penalty, the verdict contains the following: "We further find that the defendant be prohibited from driving a motor vehicle on any of the public highways of this State for a period of 2 years."

The verdict and judgment are in accord with article 802, P. C. 1925, and article 802a, as added by the Acts of 42d Leg., Regular Session, c. 162, p. 268, § 1 (Vernon's Ann. P. C. arts. 802, 802a).

No error having been perceived or pointed out, the judgment is affirmed.

## WILLIAMS v. STATE.
### No. 17002.

Court of Criminal Appeals of Texas.
Nov. 14, 1934.

## HOUSE v. STATE.
### No. 17032.

Court of Criminal Appeals of Texas.
Nov. 21, 1934.